IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| WESTBURG MEDIA CAPITAL, L.P., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:10-00094-KD-N |
| WEST ALABAMA RADIO, INC., JOSEPH M. ROSS, JR., and AMY ROSS WARD, | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order granting Westburg Media Capital, L.P.'s motion for summary judgment, it is hereby **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Westburg Media Capital, L.P. and against defendants West Alabama Radio, Inc., Joseph M. Ross, Jr. and Amy Ross Ward in the principal amount of $687,000.00 plus $138,456.00 (interest as of June 15, 2010) for a total of $825,456.00.

The Court retains jurisdiction to consider the issue of reasonable attorneys' fees, costs and expenses.

**DONE** and **ORDERED** this 13th day of September, 2010.

                                                             s / Kristi K DuBose
                                                             **KRISTI K. DUBOSE**
                                                             **UNITED STATES DISTRICT JUDGE**